# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 7, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR. 03-00179HG

CASE NAME: U.S.A. vs. (03) JOSEPH GOMES

ATTYS FOR PLA: Louis A. Bracco

ATTYS FOR DEFT: Richard S. Kawana

USPO: Rosanne T. Donohoe

JUDGE: Helen Gillmor          REPORTER: Stephen Platt

DATE: August 7, 2006          TIME: 9:00 - 10:05

COURT ACTION: RESENTENCING AS TO COUNT ONE OF THE INDICTMENT AS TO DEFENDANT (03) JOSEPH GOMES

The defendant is present in custody.

Arguments held.

The re-sentencing is continued to October 2, 2006 @ 1:30 p.m.

The Defendant shall file Objections to the Presentence Report and a Sentencing Memorandum by August 28, 2006, the Government shall file a response by September 25, 2006, and the Probation Office shall file an Addendum to the Presentence Report thereafter.

Submitted by: David H. Hisashima, Courtroom Manager
Submitted by: Mary Rose Feria, Courtroom Manager