# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

October 4, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00179HG-03 |
| CASE NAME: | UNITED STATES OF AMERICA v. (03) JOSEPH GOMES |
| ATTYS FOR PLA: | Louis A. Bracco, AUSA<br>Daniel L. Olson, Case Agent, FBI |
| ATTYS FOR DEFT: | Richard S. Kawana, Esq. |
| U.S.P.O: | Rosanne T. Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | October 4, 2006 | MOTIONS:<br>(EVIDENTIARY)<br>SENTENCING: | 2:00 - 4:30<br><br>4:30 - 4:50 |

COURT ACTION:   RESENTENCING AS TO COUNT 1 OF THE INDICTMENT AS TO (03) JOSEPH GOMES - GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE AS TO (03) JOSEPH GOMES - DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE -

The defendant is present in custody.

Daniel L. Olson, CST.

Memorandum of Plea Agreement accepted.

Government's Motion for Downward Departure is GRANTED.

Defendant's Motion for Downward Departure is DENIED.

Allocution by the defendant.

      ADJUDGED: Impr of 156 months.

      SUPERVISED RELEASE: 5 years, upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition).

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $100.00

RECOMMENDATION: The defendant be placed in a medical facility so that the defendant can have an evaluation of his medical condition.  The defendant participate in drug treatment and  educational/vocational training programs.

The Government's Oral Motion to Dismiss Count 4 of the Indictment  - GRANTED.

Advised of rights to appeal the sentence, etc.

Submitted by: Mary Rose Feria, Courtroom Manager