5412958 Case 1:03-cr-00179-HG Document 378-2 Filed 10/17/2006 Page 1 of 1
US ATTORNEYS OFFIC    09:25:44 a.m.  10-13-2006    2/2
OCT-06-2006 FRI 03:36 PM PROSECUTING ATTY MISD    FAX NO. 808 527 6471    P. 02

DEPARTMENT OF THE PROSECUTING ATTORNEY

# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 547-7400



PETER B. CARLISLE
PROSECUTING ATTORNEY

DOUGLAS S. CHIN
FIRST DEPUTY PROSECUTING ATTORNEY

October 6, 2006

Louis Bracco,
  Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

    RE:    State of Hawaii v. Joseph Gomes
             Criminal Nos. 00-1-0574 & 00-1-2512

Dear Mr. Bracco:

    I understand the above-named individual is currently in the custody of the federal government serving his federal sentence. The State of Hawaii has two cases involving the same individual and would like your approval to take custody of this person commencing on November 1, 2006 (or on a mutually agreed upon date coordinated with the U. S. Marshal Service, District of Hawaii). The individual will later be returned to the U. S. Marshal Service, District of Hawaii, on a mutually agreed upon date.

    Please sign below if you agree to this request and FAX a copy of this letter to **June C. Koja**, FAX no. 527-6471. Our office will then file a Writ of Habeas Corpus ad Prosequendum and an Order Granting the Temporary Transfer of Custody.

    Thank you for your cooperation in this matter. If you have any questions, please call me at 547-7480 or June C. Koja at 527-6448.

Very truly yours,

Chastity Imamura
Deputy Prosecuting Attorney

APPROVED:

_____ 10-13-2006
Louis Bracco
Assistant United States Attorney

# EXHIBIT "A"