PETER B. CARLISLE  2209
Prosecuting Attorney
CHASTITY T. I. IMAMURA  7773
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:    547-7480
FAX:  547-7513
Attorneys for State of Hawaii

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2006 OCT 12  AM 10: 27

E. ALAGAO
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE STATE OF HAWAII FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM RE JOSEPH GOMES,<br><br>Defendant. | S. P. NO. 06-1-0348<br>(Cr. Nos. 00-1-0574 & 00-1-2512)<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE DERRICK H. M. CHAN, JUDGE OF THE ABOVE ENTITLED COURT:

Comes now the STATE OF HAWAII, by and through Chastity T. Imamura Deputy Prosecuting Attorney of the City and County of Honolulu, State of Hawaii, and respectfully alleges as follows:

1.    That JOSEPH GOMES has two cases in the Circuit Court of the First Circuit, Honolulu, Hawaii, Criminal Nos. 00-1-0574 and 00-1-2512.

EXHIBIT "B"

2.  That resentencing in Criminal Nos. 00-1-0574 and 00-1-2512 is scheduled for November 1, 2006; 8:30 a.m., before the Honorable DERRICK H. M. CHAN, Judge of the Circuit Court of the First Circuit, State of Hawaii;

3.  That said Defendant is now imprisoned as a federal prisoner under the custody of the UNITED STATES MARSHAL, District of Hawaii, and is being detained at the Federal Detention Center, Honolulu, Hawaii, and

4.  That in order to procure Defendant's presence in the Circuit Court of the First Circuit, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued, pursuant to Chapter 660, <u>Hawaii Revised Statutes</u>.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his/her deputy to make available the body of JOSEPH GOMES to State of Hawaii Officials on November 1, 2006; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1.  retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings;

2.  bring the said Defendant before the Honorable DERRICK H. M. CHAN, Judge of the Circuit Court of the First Circuit, on November 1, 2006; 8:30 a.m.; and thereafter

3.  return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, on a mutually agreed upon date.

Dated at Honolulu, Hawaii: October 6, 2006.

> STATE OF HAWAII
>
> By PETER B. CARLISLE
> Prosecuting Attorney
>
> By _/s/ Chastity T. Imamura_
> CHASTITY T. IMAMURA
> Deputy Prosecuting Attorney
> City and County of Honolulu

## ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Prosequendum prayed for in the foregoing Application.

Dated at Honolulu, Hawaii: OCT 1 2 2006

DERRICK H.M. CHAN
DERRICK H. M. CHAN
Judge of the above entitled court

<u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

TO:   UNITED STATES MARSHAL, District of Hawaii, or His/Her Deputy; and

STATE OF HAWAII OFFICIALS

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii, or your Deputy, produce the body of JOSEPH GOMES, who is being detained as a federal prisoner under your custody, to STATE OF HAWAII OFFICIALS on November 1, 2006; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1.   retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings;

2.   bring the said Defendant before the Honorable DERRICK H. M. CHAN, Judge of the Circuit Court of the First Circuit, on November 1, 2006; 8:30 a.m.; and thereafter

3.   return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, on a mutually agreed upon date.

Upon completion of the above, it shall be deemed sufficient compliance with this writ.

WITNESS the Honorable DERRICK H. M. CHAN, Judge of the Circuit Court of the First Circuit at Honolulu, Hawaii, and the seal of said Court this __12__ day of __October 2006__.

_S. H. Arashi_____
Clerk, Circuit Court, First Circuit
State of Hawaii

DERRICK H.M. CHAN
Judge of the Circuit Court
First Circuit, State of Hawaii

[SEAL: FIRST CIRCUIT COURT, STATE OF HAWAII]