PETER B. CARLISLE  2209
Prosecuting Attorney
CHASTITY T. I. IMAMURA  7773
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:    547-7480
FAX:  547-7513
Attorneys for State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00179-HG |
| ) | |
| Plaintiff, ) | ORDER GRANTING TEMPORARY |
| ) | TRANSFER OF CUSTODY TO THE |
| v. ) | STATE OF HAWAII REGARDING WRIT |
| ) | OF HABEAS CORPUS AD |
| JOSEPH GOMES, ) | PROSEQUENDUM |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

ORDER GRANTING TEMPORARY TRANSFER OF
CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus ad Prosequendum and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer from time to time and as needed the physical custody of Defendant JOSEPH GOMES to State of Hawaii Officials, until the conclusion of State of Hawaii v. JOSEPH GOMES, Criminal No. 00-1-0574 and 00-1-2512.  Upon the conclusion of the case, State of Hawaii Officials

are to return the said Defendant back to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

Dated: _____10/17/06_____ at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE

United States v. JOSEPH GOMES
Cr. No. 03-00179-HG
Order Granting Temporary Transfer
of Custody to the State of Hawaii Regarding
Writ of Habeas Corpus Ad Prosequendum