RICHARD S. KAWANA #1608
Attorney at Law
4 South King Street, Suite 201
Honolulu, HI 96813
Tel. No.: (808) 536-6805
Fax No.: (808) 536-7195
Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 27 2006

at 3 o'clock and 30 min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00179 HG 03 |
|---|---|---|
| Plaintiff, | ) | NOTICE OF APPEAL |
| vs. | ) | |
| JOSEPH GOMES, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant JOSEPH GOMES, by and through his court-appointed attorney, Richard S. Kawana, hereby appeals pursuant to the Criminal Justice Act, to the United States Court of Appeals for the Ninth Circuit, from the Judgment in a Criminal Case, filed on October 16, 2006 and entered on October 19, 2006 in this action by the Honorable Helen Gillmor, Chief United States District Judge, District of Hawaii.

DATED: Honolulu, Hawaii, October 27, 2006.

RICHARD S. KAWANA
Attorney for Defendant