UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

NOV 13 2006

DOCKET FEE PAYMENT NOTIFICATION FORM

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

I.  **SHORT CASE TITLE:**   U.S.A. vs. JOSEPH GOMES

   **U.S. COURT OF APPEALS DOCKET NUMBER:**   06-10661

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**   CR 03-00179HG-03

II  **DATE NOTICE OF APPEAL FILED:**   10/27/06

III  **U.S. COURT OF APPEALS PAYMENT STATUS:**   CJA APPOINTED

   **DOCKET FEE PAID ON:**              **AMOUNT:**

   **NOT PAID YET:**                    **BILLED:**

   **U.S. GOVERNMENT APPEAL:**          **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**         **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

**RECEIVED**
CLERK, U.S. DISTRICT COURT

NOV 17 2006

DISTRICT OF HAWAII

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S.
Court of Appeals Docket Fee.)