AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

JOSEPH GOMES   (02)

**WARRANT FOR ARREST**

CR 03-179 HG

CASE NUMBER: 03-0193 BMK -02

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JOSEPH GOMES
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Count 1: Conspiracy to distribute/possess with intent to distribute in excess of 50 grams of methamphetamine in violation of 21 U.S.C. Sections 841(a)(1) and 846

Count 4: Possession with intent to distribute in excess of 5 grams of methamphetamine in violation of 21 U.S.C. Section 841(a)(1)

in violation of
Title ___ United States Code, Section(s) ___

Barry M. Kurren
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

March 13, 2003, at Honolulu, Hawaii
Date and Location

Bail fixed at $ TO BE DETERMINED AT INITIAL APPEARANCE   by   Barry M. Kurren, United States Magistrate Judge
                                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at ___ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST MAR 14 2003 | Special Agent Rachel A Byrd | Rachel A Byrd |

This form was electronically produced by Elite Federal Forms, Inc.