UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 0 1 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOSEPH GOMES,<br><br>Defendant - Appellant. | No. 06-10661<br><br>D.C. No. CR-03-00179-HG<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 1 2 2007
4:30pm
DISTRICT OF HAWAII

Appellant's unopposed motion for a second extension of time to file the opening brief is granted. The opening brief is due March 19, 2007; the answering brief is due April 18, 2007; and the optional reply brief is due 14 days after service of the answering brief.

Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note
to Rule 27 and Ninth Circuit Rule 27-10

pro 2.26