UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 20 2006

at 2 o'clock and 16 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____   U.S. District Court Case No. CR 03-00179 HG 03

Short Case Title  United States v. Joseph Gomes

Date Notice of Appeal Filed by Clerk of District Court  October 27, 2006

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
|  |  | ~~Voir Dire~~ |
|  |  | ~~Opening Statements~~ |
|  |  | ~~Settlement Instructions~~ |
|  |  | ~~Closing Arguments~~ |
|  |  | ~~Jury Instructions~~ |
|  |  | ~~Pre-Trial Proceedings~~ |
| 8/7/06 | S. Platt | Resentencing |
| 10/4/06 | S. Platt | Other (please specify) Resentencing |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered  11/17/06    Estimated date for completion of transcript  12/17/06

Print Name of Attorney  Richard S. Kawana    Phone Number  808-536-6805

Signature of Attorney  _Richard S. Kawana_

Address  4 South King Street, Ste 201, Honolulu, HI  96813

SECTION B - To be completed by court reporter

I, _____ have received this designation.
        (signature of court reporter)
(✓) Arrangements for payment were made on  1/22/06
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

123  Approximate Number of Pages in Transcript--Due Date _____

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed  1/17/2007   Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia    07/18/07    BY: _____
(U.S. District Court Clerk)    (date)    DEPUTY CLERK