United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:   May 12, 2008

To:   United States Court of Appeals      Attn:   ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                          (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103              ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:         CR 03-00179HG-03          Appeal No:   06-10661

Short Title:   USA vs. Gomes

| | | |
|---|---|---|
| Clerk's Files in | 4 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 3 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 1 sealed transcript, 345, 353, 356, 357, 271, 273, 374, 376,370,371,282, 257,11,13,225,237,283,248,166,256,276,259,280,308,309

Acknowledgment: _____   Date: _____

cc: counsel