# MINUTES

| | |
|---|---|
| CASE NUMBER: | Criminal No. 03-00179HG-003 |
| CASE NAME: | United States of America v. Joseph Gomes |
| ATTYS FOR PLAINTIFF: | Florence T. Nakakuni, Esq.<br>Louis A. Bracco, Esq. |
| ATTY FOR DEFENDANT: | Richard S. Kawana, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | June 16, 2008 | TIME: | |

## MINUTE ORDER

On June 11, 2008, Defendant filed Defendant Gomes' Motion for Medical Evaluation and Treatment (Doc. 402).

The Government shall respond on or before June 24, 2008 informing the Court as to any further need for Defendant Joseph Gomes to remain at the Federal Detention Center to testify as a witness in a case unrelated to the instant case and the position of the Department of Justice with respect to Defendant remaining at the federal detention center when his sentence is in excess of ten years.

Submitted by: Mary Rose Feria, Courtroom Manager

cc:   Florence T. Nakakuni, Esq.
    Louis A. Bracco, Esq.
    Richard S. Kawana, Esq.
    Chief Judge Gillmor's Chambers