# MINUTES

CASE NUMBER:      Criminal No. 03-00179 - HG 03

CASE NAME:        United States of America v. Joseph Gomes

ATTY FOR          Florence T. Nakakuni, Esquire
PLAINTIFF:        Louis A. Bracco, Esquire

ATTY FOR          Richard S. Kawana, Esquire
DEFENDANT:

JUDGE:  Helen Gillmor          REPORTER:

DATE:   July 10, 2008          TIME:

## MINUTE ORDER

The Court Orders that all filings in this matter are unsealed as there appears to be no reason that they are sealed. All future filings shall remain unsealed unless the Court grants a motion to seal prior to filing.

The Court has reviewed the GOVERNMENT'S RESPONSE TO DEFENDANT GOMES' MOTION FOR MEDICAL EVALUATION AND TREATMENT (Doc. 405) filed on June 20, 2008, and

Defendant's SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANT GOMES' MOTION FOR MEDICAL EVALUATION AND TREATMENT (Doc. 406) filed on July 7, 2008.

The Government shall respond by August 6, 2008 to the Defendant's Supplemental Motion and provide the Court with the position of the United States as to the District Court of Hawaii's jurisdiction to entertain the Defendant's Motion for Medical Evaluation and Treatment.

Submitted by:  Mary Rose Feria, Courtroom Manager

cc: Above counsel
    Chief Judge Gillmor's Chambers