United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: May 12, 2008

To:   United States Court of Appeals      Attn:  ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                         (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103             ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 03-00179HG-03          Appeal No:    06-10661
Short Title:  USA vs. Gomes

| | | |
|---|---|---|
| Clerk's Files in | 4 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 3 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 1 sealed transcript, 345, 353, 356, 357, 271, 273, 374, 376,370,371,282, 230, 168, 120
257,11,13,225,237,283,248,166,256,276,259,280,308,309

Acknowledgment: S. DAVIS     Date: _____

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 12 2008
DISTRICT OF HAWAII

FILED
MAY 15 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

cc: counsel