# FAX TRANSMISSION

**RICHARD S. KAWANA**
Attorney at Law
4 South King Street, Suite 201
Honolulu, Hawaii 96813
Tel no: 536-6805
Fax: 536-7195

| | | | |
|---|---|---|---|
| **To:** | U.S. Marshal<br>Attention: Rose | **Date:** | July 8, 2008 |
| **Fax #:** | 541-3056 | **Pages:** | 2, including this cover sheet. |
| **From:** | Richard S. Kawana | | |
| **Subject:** | Joseph Gomes, #89194-022 | | |

**COMMENTS:**

As we discussed earlier, Mr. Gomes has a state parole hearing scheduled for July 25, 2008, at FDC Honolulu. For your information, I am faxing the notice from the parole board. Mr. Shelko at the FDC has confirmed that the parole board will be holding hearings on that date. We therefore request that Mr. Gomes be allowed to remain at the FDC until at least the conclusion of his parole hearing. Also, the 9th Circuit is hearing his case on 8/15/08 in San Francisco. If there is a remand, and he has been returned to the mainland, he will have to be brought back to Hawaii. It would therefore be appropriate to keep him in Hawaii until the 9th Circuit decides his appeal. Thanks for your assistance. Please let me know if you have any questions.

Confidentiality. The information contained in this fax message is intended only for the personal and confidential use of the designated recipients named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.



EXHIBIT "A"