# MINUTES

CASE NUMBER:      CR NO. 03-00179HG

CASE NAME:        United States of America Vs. (03) Joseph
                  Gomes

ATTYS FOR PLA:

ATTYS FOR
DEFT:

INTERPRETER:

---

   JUDGE:  Helen Gillmor        REPORTER:

   DATE:   08/08/2008           TIME:

---

COURT ACTION:       "MINUTE ORDER"

EO:  REGARDING DEFENDANT (03) Joseph GOMES' MOTION FOR
     MEDICAL EVALUATION AND TREATMENT (Document No. 402) AND
     NOTICE TO COURT RE: DEFENDANT EX PARTE AGENCY REQUEST
     AS TO SITUS OF DEFENDANT'S INCARCERATION (Document No.
     410)

     A hearing will be set for September 3, 2008 at
     11:00 a.m. as to the above named matters.  Defendant's
     Counsel Richard Kawana is to file a response to the
     Government's Supplemental Response to Defendant Gomes'
     Motion for Medical Evaluation Treatment (Doc.408) and
     the Notice to Court Re: Defense Ex Parte Agency request
     as to Situs of Defendant's Incarceration (Doc. 410 by
     August 26, 2008.


Submitted by Leslie L. Sai, Courtroom Manager