# MINUTES

```
CASE NUMBER:     CR 03-00179HG-003
CASE NAME:       USA vs. (03) JOSEPH GOMES
ATTY FOR PLA:    Louis A. Bracco, AUSA
ATTY FOR DEFT:   (03) Richard Kawana, Esq.
```

---

```
JUDGE:   Helen Gillmor       REPORTER:   Gloria Bediamol

DATE:    September 3, 2008   TIME:       11:15 - 11:45
```

---

COURT ACTION:

The defendant is present, in custody.

Discussion held.

DEFENDANT'S MOTION FOR MEDICAL EVALUATION AND TREATMENT (Doc. 402) is **DENIED**.

Defendant (03) Joseph Gomes shall not be transferred to the Federal Detention Center prior to September 17, 2008.

Portion of the transcript is UNDER SEAL.

Submitted by: Mary Rose Feria, Courtroom Manager