FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 16 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>V.<br><br>JOSEPH GOMES,<br><br>  Defendant - Appellant. | No.  06-10661<br>D.C. No.  CR-03-00179-HG<br>District of Hawaii, Honolulu<br><br>**MANDATE** |

The judgment of this Court, entered 8/21/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk